with costs.  All concur.  Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

HOPKINS OF BUFFALO, INCORPORATED, Respondent, v. SALLIE C. LANDT, Appellant.— Judgment and order affirmed, with costs.  All concur.  Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

MARINE TRUST COMPANY OF BUFFALO, Respondent, v. NIAGARA FIRE INSURANCE COMPANY, Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs.  All concur.  Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

EDNA M. GEIGER, Respondent, v. THOMAS McCAWLEY and MARY McCAWLEY, Appellants.— Judgment and order affirmed, with costs.  All concur.  Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

JOHN FRANCIS McKAY, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs.  All concur.  Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

REGINA McKAY, an Infant, by JOHN FRANCIS McKAY, Her Guardian ad Litem, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs.  All concur.  Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

JOSEPH MURPHAY, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs.  All concur.  Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

LYNN W. KELLOGG, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 18368).— Judgment affirmed, with costs.  All concur.  Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

KATE DECKER, Respondent, v. LEWIS D. BROWNING, Appellant.— Judgment and order affirmed, with costs.  All concur.  Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ORRIN PHILLIPS, Appellant, v. WARREN ROSS and Another, Respondents.— Judgment and orders affirmed, with costs.  All concur.  Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

WILLIAM H. SAUCKE and Another, Appellants, v. JACOB MARKUS, Respondent.— Judgment affirmed, with costs.  All concur.  Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

ANNA TODD, as Administratrix, etc., of WILLIAM EDWARD TODD, Deceased, Appellant, v. BUFFALO AND CRYSTAL BEACH CORPORATION, Respondent.— Judgment affirmed, with costs.  All concur.  Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

In the Matter of the Claim of MINNIE M. BUTLER, Appellant, against the Estate of MARY H. HANSON, Deceased, Respondent.— Decree affirmed, with costs.  All concur.  Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

ROSE M. STENSON, as Administratrix, etc., of LEE STENSON, Deceased, Respondent, v. ROCHESTER AND SYRACUSE RAILROAD COMPANY, INCORPORATED, Appellant.— Judgment and order reversed on the facts, and a new trial granted, with costs to appellant to abide the event, on the ground that the verdict is against the weight of the evidence upon the question of defendant's negligence.  All concur.  Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

JOHN MASCIOLI, Respondent, v. ITHACA GUN COMPANY, Appellant.— Order